# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| WARREN JOINER, | ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 15-cv-2730-SHL-tmp |
| ATLANTIC TRACK AND TURNOUT OF MEMPHIS, | ) ) ) |
| Defendant. | ) ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation ("Report") filed on March 31, 2016. (ECF No. 24.) In his Report, the Magistrate Judge recommended *sua sponte* that Plaintiff's *Pro Se* Complaint (ECF No. 1) be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Pursuant to the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED,** this 19th day of April, 2016.

            s/ Sheryl H. Lipman
            SHERYL H. LIPMAN
            UNITED STATES DISTRICT JUDGE